UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| W. MITT ROMNEY, in his official capacity as Governor of the Commonwealth of Massachusetts,<br><br>Plaintiff,<br><br>v.<br><br>DONALD H. RUMSFELD, in his official capacity as Secretary of Defense of the United States of America,<br><br>THE DEFENSE BASE CLOSURE AND REALIGNMENT COMMISSION,<br><br>ANTHONY J. PRINCIPI, in his official capacity as Chairman of the Defense Base Closure and Realignment Commission, and<br><br>JAMES H. BILBRAY, PHILIP COYLE, HAROLD W. GEHMAN, JR., JAMES V. VINSON, JAMES T. HILL, LLOYD W. NEWTON, SAMUEL K. SKINNER, and SUE E. TURNER, in their official capacities as members of the Defense Base Closure and Realignment Commission,<br><br>Defendants. | CIVIL ACTION<br>NO. 05-CV-<br><br> |

**MOTION FOR TEMPORARY RESTRAINING ORDER**

Pursuant to Fed. R. Civ. P. 65 (a), plaintiff Governor W. Mitt Romney moves the Court to enter a temporary restraining order enjoining the defendants, pending a final hearing and decision of this Court on all of plaintiff's claims and until further order of the Court, from transmitting a final report to the President of the United States, due on September 8, 2005, pursuant to the Base Closure and Realignment Act of 1990, 104 Stat. 1808, as amended, note

following 10 U.S.C. § 2687 (West 1998, 2005 Supp.) (the "BRAC Act"), that includes the recommendations to close Otis Air National Guard Base, move F-15 aircraft of the 102d Fighter Wing from Otis ANGB to Barnes Air National Guard Base in Westfield, Massachusetts, and move fifteen A-10 aircraft from Barnes ANGB to other States. As grounds for his motion plaintiff states in summary:

1. The Governor is likely to prevail on his claim that the defendants Secretary and the Commission are prohibited by the United States Constitution, Article I, § 8, cl. 16, and 32 U.S.C. § 104, and 10 U.S.C. § 18238, from recommending the actions described above without his consent. See Rendell v. Rumsfeld, 2005 WL 2050295 (E.D. Pa. August 26, 2005) (No. CV-05-3563); Rell v. Rumsfeld, No. 3:05CV1363-AVC (D. Conn. August 30, 2005) (order granting plaintiff Governor of Connecticut's application for temporary restraining order); but see Blagojevich v. Rumsfeld, C.A. No. 05-3190 (C.D. Ill. September 6, 2005) (denying injunctive relief and dismissing complaint of Governor of Illinois).

2. Permitting the transmittal of the above-cited recommendations of the Commission to the President will result in irreparable injury to the plaintiff by nullifying his right under federal law to withhold his consent to changes in the allotment or organization of the Massachusetts Air National Guard, deprive him of a vital homeland security asset, degrade his ability to defend the security of the citizens of the Commonwealth, and deter enlistment and re-enlistment in the Guard. Permitting transmittal will further cause irreparable harm because, absent a temporary restraining order, and after action by the President on or before September 23, 2005, judicial review of the report of the Commission may be contested by the United States under Dalton v. Specter, 511 U.S. 462 (1994).

3. The public interest would be furthered by an injunction. An order temporarily

enjoining transmittal of the Commission report would advance principles of federalism reflected by the federal constitution and laws expressly or impliedly requiring consent of the Governor to the closure and movement of aircraft described in the complaint.

As further grounds for his motion the Governor relies on his complaint and his memorandum, exhibit, and affidavit submitted herewith.

## CERTIFICATION UNDER LOCAL RULE 7.1

Undersigned counsel certifies that the issue presented by this motion is not likely to be narrowed or resolved in light of the consistent opposition of the United States to similar relief sought by Governors of other States in the above-cited federal cases.

W. MITT ROMNEY
GOVERNOR OF THE
COMMONWEALTH OF MASSACHUSETTS

By his attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

*[signature]*
David R. Kerrigan, BBO # 550843
Thomas A. Barnico, BBO # 030040
Assistant Attorneys General
One Ashburton Place
Boston, MA 02108
(617) 727-2200, ext. 3380

Dated: September 7, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on September 7, 2005.

*[signature]*