UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| W. MITT ROMNEY, in his official capacity as Governor of the Commonwealth of Massachusetts,<br><br>Plaintiff,<br><br>v.<br><br>DONALD H. RUMSFELD, in his official capacity as Secretary of Defense of the United States of America,<br><br>THE DEFENSE BASE CLOSURE AND REALIGNMENT COMMISSION,<br><br>ANTHONY J. PRINCIPI, in his official capacity as Chairman of the Defense Base Closure and Realignment Commission, and<br><br>JAMES H. BILBRAY, PHILIP COYLE, HAROLD W. GEHMAN, JR., JAMES V. VINSON, JAMES T. HILL, LLOYD W. NEWTON, SAMUEL K. SKINNER, and SUE E. TURNER, in their official capacities as members of the Defense Base Closure and Realignment Commission,<br><br>Defendants. | CIVIL ACTION<br>NO. 05-CV- |

**AFFIDAVIT OF SAMUEL M. SHIVER,
BRIGADIER GENERAL, MASSACHUSETTS
AIR NATIONAL GUARD**

I, Samuel M. Shiver, under oath hereby depose and say:

1. I am a Brigadier General of the Massachusetts National Guard.

2. In conjunction with my duties I am familiar with the operations of the Massachusetts Air National Guard and its operations at Otis ANGB and Barnes ANGB.

3. On May 13, 2005, Secretary Rumsfeld transmitted to the BRAC Commission the

Department of Defense Base Closure and Realignment Report ("BRAC DoD Report").

4. The BRAC DoD Report was prepared by the Department pursuant to the BRAC Act.

5. The BRAC DoD Report contains the Department's recommendations to realign or close military installations within the United States and its territories.

6. The Secretary recommended closure of Otis Air National Guard Base (Otis ANGB) and the distribution of its F-15 aircraft of the 102d Fighter Wing to Air Guard units in Florida and New Jersey.

7. On August 26, 2005, the BRAC announced that its report to the President will recommend that (1) Otis ANGB be closed, (2) the 102nd Fighter Wing's fifteen F-15 Primarily Assigned Aircraft (PAA) be transferred to Barnes Air National Guard Base in Westfield, Massachusetts; and (3) the 104th Fighter Wing's 15 A-10 PAA be moved from Barnes ANGB to other States.

8. In each of the four previous BRAC processes–occurring in 1988, 1991, 1993, and 1995– the President approved the BRAC Commission's recommendations in their entirety.

9. Congress has never disapproved the President's base closure and realignment decisions.

10. Otis ANGB is located in Barnstable, Massachusetts, within the Massachusetts Military Reservation and wholly within the Commonwealth.

11. Approximately 1000 military positions are currently allotted to the 102d Fighter Wing at Otis ANGB. Approximately 1000 military positions are also currently allotted to the 104th Fighter Wing as Barnes ANGB. A substantial number of the members of these wings have

combat and homeland defense experience. The 102nd and 104th Fighter Wings constitute a well-trained, mission-ready state military force available to the Governor to perform state active duty missions dealing with homeland security, natural disasters and other state missions.

12. The closure of Otis ANGB and the movement of the aircraft described above and related actions will deprive the Governor of a significant amount of the total strength of the Massachusetts Air National Guard and will reduce the strength of Massachusetts military forces.

13. These actions will deprive the Governor and the Commonwealth of a key joint base of operations possessing current and future military capabilities for homeland security missions throughout the Northeast United States.

14. The 102nd Fighter Wing at Otis ANGB and the 104th Fighter Wing at Barnes ANGB are organized as units of the Massachusetts Air National Guard (state) and Air Combat Command (federal).

15. In May 2005 and at all times subsequent to Secretary Rumsfeld's transmittal of the BRAC DoD Report to the BRAC Commission and the BRAC Commission's recommendations regarding Otis ANGB and Barnes ANGB, more than half of the forces there were not and currently are not in active federal service.

Signed under the pains and penalties of perjury this 7th day of September, 2005.

_____
Samuel M. Shiver
Brigadier General
Massachusetts National Guard

3

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) to US atty.
on 9/7/05.