UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| W. MITT ROMNEY, in his official capacity as Governor of the Commonwealth of Massachusetts,<br><br>    Plaintiff,<br><br> v.<br><br>DONALD H. RUMSFELD, in his official capacity as Secretary of Defense of the United States of America, et al.,<br><br>    Defendants. | Civil Action No. 05-11821 GAO |

To the Clerk:

 Pursuant to Local Rule 83.5.2, please enter my appearance in the above-captioned case as co-counsel for the defendants, Donald H. Rumsfeld, Secretary of Defense, et al.

              Respectfully submitted,

              MICHAEL J. SULLIVAN
              United States Attorney

            By: /s/ Mark T. Quinlivan
              MARK T. QUINLIVAN
              Assistant United States Attorn
              John Joseph Moakley U.S. Courthouse
              1 Courthouse Way, Suite 9200
              Boston, MA 02210
              617-748-3606

Dated: September 7, 2005