UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| W. MITT ROMNEY, in his official capacity as Governor of the Commonwealth of Massachusetts,<br><br>Plaintiff,<br><br>v.<br><br>DONALD H. RUMSFELD, in his official capacity as Secretary of Defense of the United States of America,<br><br>THE DEFENSE BASE CLOSURE AND REALIGNMENT COMMISSION,<br><br>ANTHONY J. PRINCIPI, in his official capacity as Chairman of the Defense Base Closure and Realignment Commission, and<br><br>JAMES H. BILBRAY, PHILIP COYLE, HAROLD W. GEHMAN, JR., JAMES V. VINSON, JAMES T. HILL, LLOYD W. NEWTON, SAMUEL K. SKINNER, and SUE E. TURNER, in their official capacities as members of the Defense Base Closure and Realignment Commission,<br><br>Defendants. | CIVIL ACTION<br>NO. 05-11821-GAO |

## AFFIDAVIT OF SERVICE

I, Thomas A. Barnico, Assistant Attorney General of Massachusetts, hereby state that have personal knowledge of the following:

1. I am one of the counsel for the plaintiff in this matter.

2. On September 7, 2005, I caused the summonses, complaint, civil action cover sheet and case category form in this action to be served upon Michael J. Sullivan, United Stat

District Attorney for the District of Massachusetts, by delivering the same in hand to Assistant United States Attorney Mark. T. Quinlivan. I further caused the defendants to be served on September 8, 2005, by sending copies of the summonses, complaint, civil action cover sheet a case category form in this action by certified mail, return receipt requested, to (a) the Honorable Alberto J. Gonzales, Attorney General of the United States, (b) Michael Sullivan, United State Attorney for the District of Massachusetts; (c) Donald Rumsfeld, United States Secretary of Defense, (d) the United States Defense Base Closure and Realignment Commission, and (e) Anthony J. Principi, James H. Bilbray, Philip Coyle, Harold W. Gehman, Jr., James V. Vinson James T. Hill, Lloyd W. Newton, Samuel K. Skinner, and Sue E. Turner, in their official capacities as members of the Defense Base Closure and Realignment Commission. A copy of my letter of service is attached hereto as Exhibit A.

3. Based on the return receipts attached as Exhibit B to this affidavit, the above-named persons, except for AUSA Quinlivan and United States Attorney Sullivan, received the letter, summons, complaint, civil action cover sheet and case category form on September 14, 2005. The return receipt for United States Attorney Sullivan bears no date of receipt; however does bear a postmark of September 10, 2005.

I certify under penalty of perjury that the foregoing is true. Executed this 21st day of September, 2005.

Thomas A. Barnico
Assistant Attorney General
Mass. BBO No. 030040
(617) 727-2200, ext. 3380
Counsel for plaintiff



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 72   00
www.ago.st   na.us

September 7, 2005

**By Certified Mail, Return Receipt Requested**
The Honorable Alberto J. Gonzales
Attorney General
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

**By Certified Mail, Return Receipt Requested and**
**By Hand**
Michael J. Sullivan
United States Attorney
      Attn: Civil Process Clerk
District of Massachusetts
United States Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210

Re:   W. Mitt Romney, Governor of Massachusetts v. Donald H. Rumsfeld, Secretary of Defense, et al., United States District Court for the District of Massachusetts,
C. A. No.

Dear General Gonzales and Attorney Sullivan:

Pursuant to Fed. R. Civ. P. 5(b), I enclose

(1)    Summonses;

(2)    Complaint;

(3)    Motion for Temporary Restraining Order;

(4)    Memorandum in Support of Motion for Temporary Restraining Order; and

The Honorable Alberto J. Gonzales
Attorney General

Michael J. Sullivan
United States Attorney
September 7, 2005
Page Two

    (5)    Affidavit of Brigadier General Samuel Shriver.

Very truly yours,

*[signature]*

Thomas A. Barnico
Assistant Attorney General
Government Bureau
(617) 727-2200, ext. 3380

Cc:    Honorable Donald Rumsfeld
        The Defense Base Closure and Realignment Commission
        Anthony J. Principi
        James H. Bilbray
        Philip Coyle
        Harold Gehman, Jr.
        James V. Vinson
        James T. Hill
        Lloyd W. Newton
        Samuel K. Skinner
        Sue E. Turner

**[Certified Mail Return Receipt 1]**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael J. Sullivan
United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☑ Certified Mail
☐ Registered
☐ Insured Mail
☐ Express Mail
☐ Return Receipt for Merchandise
☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7002 3150 0001 3195 2911

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**[Certified Mail Return Receipt 2]**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Anthony J. Principi, Chairman
Defense Base Closure and Realignment Comm'n
2521 South Clark Street, Suite 600
Arlington, VA 22202

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): Marcy Rebochick
B. Date of Delivery: 14 Sept 05
C. Signature
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☑ Certified Mail
☐ Registered
☐ Insured Mail
☐ Express Mail
☐ Return Receipt for Merchandise
☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**[Certified Mail Return Receipt 3]**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzales, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly)
B. Date of Delivery: SEP 14 2005
C. Signature
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☑ Certified Mail
☐ Registered
☐ Insured Mail
☐ Express Mail
☐ Return Receipt for Merchandise
☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7002 3150 0001 3195 2904

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**[Certified Mail Return Receipt 4]**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Defense Base Closure and
Realignment Commission
2521 South Clark Street, Suite 600
Arlington, VA 22202

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): Marcy Rebochick
B. Date of Delivery: 14 Sept 05
C. Signature
☑ Agent
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☑ Certified Mail
☐ Registered
☐ Insured Mail
☐ Express Mail
☐ Return Receipt for Merchandise
☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**Return Receipt 1 (Philip Coyle)**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Philip Coyle
Defense Base Closure and Realignment Comm'n
2521 South Clark Street, Suite 600
Arlington, VA 22202

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): Marcy Oborchick
B. Date of Delivery: 15 Sept 05
C. Signature: X Marcy Oborchick  ☑ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7002 3150 0001 3195 4571

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

---

**Return Receipt 2 (James T. Hill)**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James T. Hill
Defense Base Closure and Realignment Comm'n
2521 South Clark Street, Suite 600
Arlington, VA 22202

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): Marcy Oborchick
B. Date of Delivery: 15 Sept 05
C. Signature: X Marcy Oborchick  ☑ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

---

**Return Receipt 3 (James H. Bilbray)**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James H. Bilbray
Defense Base Closure and Realignment Comm'n
2521 South Clark Street, Suite 600
Arlington, VA 22202

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): Marcy Oborchick
B. Date of Delivery: 15 Sept 05
C. Signature: X Marcy Oborchick  ☑ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7002 3150 0001 3195 4564

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

---

**Return Receipt 4 (Harold W. Gehman, Jr.)**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Harold W. Gehman, Jr.
Defense Base Closure and Realignment Comm'n
2521 South Clark Street, Suite 600
Arlington, VA 22202

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): Marcy Oborchick
B. Date of Delivery: 15 Sept 05
C. Signature: X Marcy Oborchick  ☑ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Samuel K. Skinner
Defense Base Closure and Realignment Comm'n
2521 South Clark Street, Suite 600
Arlington, VA 22202

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Marcy Oborchick
B. Date of Delivery: 14 Sept 05
C. Signature: X Marcy Oborchick
   ☑ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7002 3150 0001 3195 4588

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James V. Vinson
Defense Base Closure and Realignment Comm'n
2521 South Clark Street, Suite 600
Arlington, VA 22202

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Marcy Oborchick
B. Date of Delivery: 14 Sept 05
C. Signature: X Marcy Oborchick
   ☑ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): [illegible]

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lloyd W. Newton
Defense Base Closure and Realignment Comm'n
2521 South Clark Street, Suite 600
Arlington, VA 22202

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Marcy Oborchick
B. Date of Delivery: 14 Sept 05
C. Signature: X Marcy Oborchick
   ☑ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7002 3150 0001 3195 2973

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sue E. Turner
Defense Base Closure and Realignment Comm'n
2521 South Clark Street, Suite 600
Arlington, VA 22202

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Marcy Oborchick
B. Date of Delivery: 14 Sept 05
C. Signature: X Marcy Oborchick
   ☑ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

# United States District Court

_____ DISTRICT OF Massachusetts _____

W. Mitt Romney, in his official capacity as Governor
of the Commonwealth of Massachusetts

              V.

Donald H. Rumsfeld, in his official capacity as Secretary of
Defense of the United States of America; The Defense Base Closure
and Realignment Comm'n; Anthony J. Principi, as Chairman and
James H. Bilbray, Philip Coyle, Harol W. Gehman, Jr., James V.
Vinson, James T. Hill, Lloyd W. Newton, Samuel K. Skinner, and
Sue E. Turner as members of the Defense Base Closure and
Realignment Comm'n

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and Address of Defendant)

    The Defense Base Closure and Realignment Commission
    Polk Building, Suite 600
    2521 South Clark Street
    Arlington, VA 22202

05-11821 GAO

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Thomas A. Barnico
    Assistant Attorney General
    One Ashburton Place
    Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON

CLERK

SEP 07 2005

DATE

_____
BY DEPUTY CLERK

# United States District Court

DISTRICT OF Massachusetts

W. Mitt Romney, in his official capacity as Governor
of the Commonwealth of Massachusetts

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

Donald H. Rumsfeld, in his official capacity as Secretary of
Defense of the United States of America; The Defense Base Closure
and Realignment Comm'n; Anthony J. Principi, as Chairman and
James H. Bilbray, Philip Coyle, Harol W. Gehman, Jr., James V.
Vinson, James T. Hill, Lloyd W. Newton, Samuel K. Skinner, and
Sue E. Turner as members of the Defense Base Closure and
Realignment Comm'n

TO: (Name and Address of Defendant)

   Anthony J. Principi, Chairman
   Base Realignment and Closure Commission
   Polk Building, Suite 600
   2521 South Clark Street
   Arlington, VA 22202

05 - 11821 GAO

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

   Thomas A. Barnico
   Assistant Attorney General
   One Ashburton Place
   Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___60___ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

SARAH A. THORNTON
CLERK

SEP 07 2005
DATE

BY DEPUTY CLERK

# United States District Court

DISTRICT OF Massachusetts

W. Mitt Romney, in his official capacity as Governor
of the Commonwealth of Massachusetts

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

Donald H. Rumsfeld, in his official capacity as Secretary of
Defense of the United States of America; The Defense Base Closure
and Realignment Comm'n; Anthony J. Principi, as Chairman and
James H. Bilbray, Philip Coyle, Harol W. Gehman, Jr., James V.
Vinson, James T. Hill, Lloyd W. Newton, Samuel K. Skinner, and
Sue E. Turner as members of the Defense Base Closure and
Realignment Comm'n

TO: (Name and Address of Defendant)

James H. Bilbray
Base Realignment and Closure Commission
Polk Building, Suite 600
2521 South Clark Street
Arlington, VA 22202

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Barnico
Assistant Attorney General
One Ashburton Place
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___60___ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

SARAH A. THORNTON

CLERK

BY DEPUTY CLERK

SEP 07 2005

DATE

# United States District Court

DISTRICT OF Massachusetts

W. Mitt Romney, in his official capacity as Governor
of the Commonwealth of Massachusetts

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

Donald H. Rumsfeld, in his official capacity as Secretary of
Defense of the United States of America; The Defense Base Closure
and Realignment Comm'n; Anthony J. Principi, as Chairman and
James H. Bilbray, Philip Coyle, Harol W. Gehman, Jr., James V.
Vinson, James T. Hill, Lloyd W. Newton, Samuel K. Skinner, and
Sue E. Turner as members of the Defense Base Closure and
Realignment Comm'n

TO: (Name and Address of Defendant)

Philip Coyle
Base Realignment and Closure Commission
Polk Building Suite 600
2521 South Clark Street
Arlington, VA 22202

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Barnico
Assistant Attorney General
One Ashburton Place
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___60___ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

SARAH A. THORNTON

CLERK

BY DEPUTY CLERK

DATE SEP 07 2005

# United States District Court

_____ DISTRICT OF Massachusetts _____

W. Mitt Romney, in his official capacity as Governor
of the Commonwealth of Massachusetts

**SUMMONS IN A CIVIL ACTION**

V.

Donald H. Rumsfeld, in his official capacity as Secretary of
Defense of the United States of America; The Defense Base Closure
and Realignment Comm'n; Anthony J. Principi, as Chairman and
James H. Bilbray, Philip Coyle, Harol W. Gehman, Jr., James V.
Vinson, James T. Hill, Lloyd W. Newton, Samuel K. Skinner, and
Sue E. Turner as members of the Defense Base Closure and
Realignment Comm'n

CASE NUMBER:

05-11821-AO

TO: (Name and Address of Defendant)

Harold W. Gehman, Jr.
Base Realignment and Closure Commission
Polk Building, Suite 600
2521 South Clark Street
Arlington, VA 22202

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Barnico
Assistant Attorney General
One Ashburton Place
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON

CLERK

BY DEPUTY CLERK

SEP 07 2005

DATE

# United States District Court

DISTRICT OF Massachusetts

W. Mitt Romney, in his official capacity as Governor
of the Commonwealth of Massachusetts

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

Donald H. Rumsfeld, in his official capacity as Secretary of
Defense of the United States of America; The Defense Base Closure
and Realignment Comm'n; Anthony J. Principi, as Chairman and
James H. Bilbray, Philip Coyle, Harol W. Gehman, Jr., James V.
Vinson, James T. Hill, Lloyd W. Newton, Samuel K. Skinner, and
Sue E. Turner as members of the Defense Base Closure and
Realignment Comm'n

TO: (Name and Address of Defendant)
James V. Vinson
Base Realignment and Closure Commission
Polk Building, Suite 600
2521 South Clark Street
Arlington, VA 22202

05-11821 AO

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Barnico
Assistant Attorney General
One Ashburton Place
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___60___ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

SARAH A. THORNTON

CLERK

BY DEPUTY CLERK

SEP 07 2005

DATE

# United States District Court

DISTRICT OF Massachusetts

W. Mitt Romney, in his official capacity as Governor of the Commonwealth of Massachusetts

**SUMMONS IN A CIVIL ACTION**

V.

Donald H. Rumsfeld, in his official capacity as Secretary of Defense of the United States of America; The Defense Base Closure and Realignment Comm'n; Anthony J. Principi, as Chairman and James H. Bilbray, Philip Coyle, Harol W. Gehman, Jr., James V. Vinson, James T. Hill, Lloyd W. Newton, Samuel K. Skinner, and Sue E. Turner as members of the Defense Base Closure and Realignment Comm'n

CASE NUMBER: **05-11821 AO**

TO: (Name and Address of Defendant)
James T. Hill
Base Realignment and Closure Commission
Polk Building, Suite 600
2521 South Clark Street
Arlington, VA 22202

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Barnico
Assistant Attorney General
One Ashburton Place
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON

CLERK

SEP 07 2005

DATE

BY DEPUTY CLERK

# United States District Court

DISTRICT OF Massachusetts

W. Mitt Romney, in his official capacity as Governor
of the Commonwealth of Massachusetts

**SUMMONS IN A CIVIL ACTION**

V.

Donald H. Rumsfeld, in his official capacity as Secretary of
Defense of the United States of America; The Defense Base Closure
and Realignment Comm'n; Anthony J. Principi, as Chairman and
James H. Bilbray, Philip Coyle, Harol W. Gehman, Jr., James V.
Vinson, James T. Hill, Lloyd W. Newton, Samuel K. Skinner, and
Sue E. Turner as members of the Defense Base Closure and
Realignment Comm'n

CASE NUMBER: 05-11821 GAO

TO: (Name and Address of Defendant)

Lloyd W. Newton
Base Realignment and Closure Commission
Polk Building, Suite 600
2521 South Clark Street
Arlington, VA 22202

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Barnico
Assistant Attorney General
One Ashburton Place
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON
CLERK

DATE: SEP 07 2005

BY DEPUTY CLERK

# United States District Court

_____ DISTRICT OF Massachusetts _____

W. Mitt Romney, in his official capacity as Governor
of the Commonwealth of Massachusetts

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

Donald H. Rumsfeld, in his official capacity as Secretary of
Defense of the United States of America; The Defense Base Closure
and Realignment Comm'n; Anthony J. Principi, as Chairman and
James H. Bilbray, Philip Coyle, Harol W. Gehman, Jr., James V.
Vinson, James T. Hill, Lloyd W. Newton, Samuel K. Skinner, and
Sue E. Turner as members of the Defense Base Closure and
Realignment Comm'n

TO: (Name and Address of Defendant)

    Samuel K. Skinner
    Base Realignment and Closure Commission
    Polk Building, Suite 600
    2521 South Clark Street
    Arlington, VA 22202

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Thomas A. Barnico
    Assistant Attorney General
    One Ashburton Place
    Boston, MA 02108

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON          SEP 07 2005

CLERK                               DATE

BY DEPUTY CLERK

# United States District Court

DISTRICT OF Massachusetts

W. Mitt Romney, in his official capacity as Governor
of the Commonwealth of Massachusetts

**SUMMONS IN A CIVIL ACTION**

V.

Donald H. Rumsfeld, in his official capacity as Secretary of
Defense of the United States of America; The Defense Base Closure
and Realignment Comm'n; Anthony J. Principi, as Chairman and
James H. Bilbray, Philip Coyle, Harol W. Gehman, Jr., James V.
Vinson, James T. Hill, Lloyd W. Newton, Samuel K. Skinner, and
Sue E. Turner as members of the Defense Base Closure and
Realignment Comm'n

CASE NUMBER: 05-

TO: (Name and Address of Defendant)

Sue E. Turner
Base Realignment and Closure Commission
Polk Building, Suite 600
2521 South Clark Street
Arlington, VA 22202

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Barnico
Assistant Attorney General
One Ashburton Place
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON

CLERK

BY DEPUTY CLERK

DATE SEP 2005

# United States District Court

_____ DISTRICT OF Massachusetts _____

W. Mitt Romney, in his official capacity as Governor
of the Commonwealth of Massachusetts

**SUMMONS IN A CIVIL ACTION**

V.

Donald H. Rumsfeld, in his official capacity as Secretary of
Defense of the United States of America; The Defense Base Closure
and Realignment Comm'n; Anthony J. Principi, as Chairman and
James H. Bilbray, Philip Coyle, Harol W. Gehman, Jr., James V.
Vinson, James T. Hill, Lloyd W. Newton, Samuel K. Skinner, and
Sue E. Turner as members of the Defense Base Closure and
Realignment Comm'n

CASE NUMBER:

TO: (Name and Address of Defendant)
Donald H. Rumsfeld
Secretary of Defense
1000 Defense Pentagon
Washington, DC 20310-1000

**05-11821 (AO**

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Barnico
Assistant Attorney General
One Ashburton Place
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON

CLERK

BY DEPUTY CLERK

SEP 07 2005

DATE