UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| W. MITT ROMNEY, in his official capacity as Governor of the Commonwealth of Massachusetts,<br><br>Plaintiff,<br><br>v.<br><br>DONALD H. RUMSFELD, in his official capacity as Secretary of Defense of the United States of America,<br><br>THE DEFENSE BASE CLOSURE AND REALIGNMENT COMMISSION,<br><br>ANTHONY J. PRINCIPI, in his official capacity as Chairman of the Defense Base Closure and Realignment Commission, and<br><br>JAMES H. BILBRAY, PHILIP COYLE, HAROLD W. GEHMAN, JR., JAMES V. VINSON, JAMES T. HILL, LLOYD W. NEWTON, SAMUEL K. SKINNER, and SUE E. TURNER, in their official capacities as members of the Defense Base Closure and Realignment Commission,<br><br>Defendants. | CIVIL ACTION<br>NO. 05-CV-05-11821 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff W. Mitt Romney, Governor of the Commonwealth of Massachusetts, hereby gives notice of his voluntary dismissal, without prejudice, of his complaint in this case.

W. MITT ROMNEY
GOVERNOR OF THE
COMMONWEALTH OF MASSACHUSETTS

By his attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

David R. Kerrigan, BBO # 550843
Thomas A. Barnico, BBO # 030040
Assistant Attorneys General
One Ashburton Place
Boston, MA 02108
(617) 727-2200, ext. 2050, 3380

Dated: September 22, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 9/22/05.